William J. Honan
Michael J. Frevola
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
AGDER TANKERS AS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGDER TANKERS AS,

   Plaintiff,

-against-

BRYGGEN SHIPPING AND TRADING AS,

   Defendant.

JUDGE LYNCH

07 CIV 6209

CORPORATE DISCLOSURE
STATEMENT IN ACCORDANCE
WITH RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

I, Michael J. Frevola, attorney for Agder Tankers AS, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Agder Tankers AS is a privately owned company, is not publicly traded, and has no parent company.

Dated:  New York, New York
        July 3, 2007

                              HOLLAND & KNIGHT LLP
                          By: _____
                              William J. Honan
                              Michael J. Frevola
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:  (212) 513-3200
                              Fax:  (212) 385-9010
                              *Attorneys for Plaintiff*

# 4640863_v1