William J. Honan
Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGDER TANKERS AS,

        Plaintiff,

-against-

BRYGGEN SHIPPING AND TRADING AS,

        Defendant.

07 Civ. 6209 (JEL)

**STIPULATION OF**
**DISMISSAL AND ORDER**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Agder Tankers AS, by and through their attorneys of record, stipulate to dismiss the action with each party bearing its own attorneys fees and costs.

Dated:    July 23, 2007

HOLLAND & KNIGHT LLP, counsel for Plaintiff Agder Tankers AS,

By: _____
Christopher R. Nolan
195 Broadway
New York, New York 10007
(212) 513-3200
(212) 385-9010 fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

SO ORDERED:

_____
Honorable Gerard E. Lynch
United States District Judge