William J. Honan
Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
AGDER TANKERS AS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGDER TANKERS AS,<br><br>    Plaintiff,<br><br>  -against-<br><br>BRYGGEN SHIPPING AND TRADING AS,<br><br>    Defendant. | 07 Civ. 6209 (JEL)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/07

  **WHEREAS**, the Court having been advised by Plaintiff on July 23, 2007, by letter that this matter has been settled;

  **NOW**, pursuant to the stipulation of dismissal executed by Plaintiff on July 23, 2007, it is:

  **ORDERED** that all electronic fund transfers frozen by the garnishee banks in connection with the Process of Maritime Attachment and Garnishment issued in this proceeding are to be released as provided below; and it is further

1

**ORDERED** that the electronic fund transfers: (1) in the amount of $333,906.46 presently under attachment with garnishee bank BNP Paribas; (2) in the amounts of $41,564, $15,567.18, and $996.17 presently under attachment with garnishee bank The Bank of New York; (3) in the amounts of $68,464.70, $41,886.83, and $746.61 presently under attachment with garnishee bank Citibank, N.A.; (4) in the amount of $23,104 presently under attachment with garnishee bank Bank of America, N.A.; and (5) in the amounts of $1,723 and $1,679 presently under attachment with garnishee bank JP Morgan Chase Bank, N.A., pursuant to the Process of Maritime Attachment and Garnishment issued in this proceeding be released back to their respective senders; and it is further

**ORDERED** that the remainder of those electronic fund transfers currently under attachment by the garnishee banks pursuant to the Process of Maritime Attachment and Garnishment issued in this proceeding be released back to their respective senders; and it is further

**ORDERED** that should Plaintiff receive notice of further funds frozen by garnishees pursuant to the Process of Maritime Attachment and Garnishment issued in this proceeding, this Order likewise shall apply to all further funds frozen and release of such funds is directed without Plaintiff having to apply for a supplemental order, and all such frozen amounts shall be released back to their respective senders; and it is further

**ORDERED** that the Process of Maritime Attachment and Garnishment is vacated.

Dated: New York, New York

July 14, 2007

_____
Honorable Gerard E. Lynch
United States District Judge

# 4683796_v1