William J. Honan
Michael J. Frevola
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
AGDER TANKERS AS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AGDER TANKERS AS,

    Plaintiff,

-against-

BRYGGEN SHIPPING AND TRADING AS,

    Defendant.

---

JUDGE LYNCH

07 CIV 6209

07 Civ. _____ (___)

**ORDER APPOINTING
PERSON TO
SERVE PROCESS**

**UPON** application of Agder Tankers AS for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         July 5, 2007

                              SO ORDERED

                              *Loretta A. Preska*
                              U.S.D.J.
                              (Part I)

# 4640858_v1